IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.P. a minor, by and through their parent, L.P.; C.L. a minor, by and through their parent, K.L.; O.D. a minor, by and through their parent; N.D., R.J. a minor, by and through their parent, H.J.; L.H. a minor, by and through their parent, S.H.; O.P. a minor, by and through their parent, S.P.; E.H. a minor, by and through their parent, M.H.; L.S. a minor, by and through their parent, B.P.; G.E. a minor, by and through their parent, A.E.; M.B. a minor, by and through their parent, R.B.; and G.A. a minor, by and through their parent, A.A., each a minor resident of the North Allegheny School District attending a North Allegheny School District School or a parent of the same,<br><br>        Plaintiffs,<br><br>        v.<br><br>NORTH ALLEGHENY SCHOOL DISTRICT, a Pennsylvania governmental entity, ANDREW CHOMOS, MARCIE CROW, ELIZABETH BLACKBURN, RICHARD MCCLURE, SCOTT E. RUSSELL, ALLYSON MINTON, KEVIN MAHLER, ELIZABETH WERNER, and SHANNON YEAKEL, all individual elected officials sued in their individual capacity and in their capacity as members of the NORTH ALLEGHENY SCHOLL DISTRICT BOARD OF DIRECTORS, a Pennsylvania elected legislative body,<br><br>        Defendants. | Civ. No. 21- |

**MOTION FOR 1) TEMPORARY RESTRAINING ORDER; 2) ORDER RESTRAINING THE SCHOOL BOARD OF THE NORTH ALLEGHENY SCHOOL DISTRICT AND THEBOARD MEMEBRS; 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND
4) ORDER AUTHORIZING EXPEDITED DISCOVERY**

1

AND NOW come above-named Plaintiffs, by and through their counsel Alexander W. Saksen and the law firm of Goldberg Kamin & Garvin, LLP and move this Court for an Order granting their *Ex Parte* Application for: 1) a temporary restraining order; 2) an order restraining the School Board of the North Allegheny School District; 3) an order to show cause why a preliminary injunction should not issue; and 4) an order authorizing expedited discovery against the Defendants to the Complaint and attached hereto.  The legal and factual support for this motion is contained in the accompanying Memorandum of Law. A proposed order is filed herewith.

        Respectfully submitted,

        GOLDBERG, KAMIN, AND GARVIN

*/s/Alexander W. Saksen*
Alexander W. Saksen
PA ID No.86049
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219
Alexanders@gkattorneys.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Brief was served by e-mail on this 22nd day of August 2021, addressed to the below parties and counsel:

NASD SOLICITOR
Alfred Maiello, Esquire
Maiello, Brungo & Maiello
7500 Brooktree Ct.
Wexford, PA 15090
acm@mbm-law.net

MEMBER CHOMOS
achomos@northallegheny.org

MEMBER CROW
mcrow@northallegheny.org

MEMBER BLACKBURN
lblackburn@northallegheny.org

MEMBER MAHLER
kmahler@northallegheny.org

MEMBER MCCLURE
rmcclure@northallegheny.org

MEMBER MINTON
aminton@northallegheny.org

MEMBER RUSSELL
srussell@northallegheny.org

MEMBER WERNER
ewerner1@northallegheny.org

MEMBER YEAKEL
syeakal@northallegheny.org

BOARD SECRETARY
kcaldwell@northallegheny.org

NASD SUPERINTENDENT
mfriez@northallegheny.org

*/s/ Alexander W. Saksen*

                                                        Alexander W. Saksen